**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| QUINYAN SKINNER, Individually and On Behalf of All Others Similarly Situated, | : :<br>: Civil Action No. 2:24-cv-09602<br>: |
| *Plaintiff*, | : |
| v. | : **STIPULATION EXTENDING TIME TO**<br>: **RESPOND TO COMPLAINT** |
| BMW OF NORTH AMERICA, LLC, | : |
| *Defendants.* | : |

Plaintiff, Quinyan Skinner, and Defendant BMW of North America, LLC (BMW NA), by and through their undersigned counsel, stipulate as follows:

1. BMW NA was served with the Summons and Complaint on October 10, 2024.

2. The parties agree that BMW NA's time to answer or otherwise respond to Plaintiff's Complaint shall be extended to December 10, 2024.

3. Plaintiff and BMW NA agree that BMW NA reserves, and does not waive, all rights and defenses in response to the Complaint.

| | |
|---|---|
| **SULTZER & LIPARI, PLLC**<br>Philip J. Furia<br>Jason P. Sultzer<br>85 Civic Center Plaza<br>Suite 200<br>Poughkeepsie, NY 12601<br>Tel: (845) 483-7100<br>furiap@thesultzerlawgroup.com<br>sultzerj@thesultzerlawgroup.com | **BUCHANAN INGERSOLL & ROONEY PC**<br>Christopher J. Dalton<br>Melissa J. Bayly<br>550 Broad Street<br>Suite 810<br>Newark, NJ 07102<br>(973) 273-9800<br>christopher.dalton@bipc.com<br>melissa.bayly@bipc.com |
| __*s/ Philip J. Furia*_____<br>Philip J. Furia, Esq. | ____s/ *Christopher J. Dalton*_____<br>Christopher J. Dalton, Esq. |

**POULIN WILEY ANASTOPOULO, LLC**
Paul J. Doolittle, Esq. *(Pro Hac Vice forthcoming)*
Seth Little, Esq. *(Pro Hac Vice forthcoming)*
32 Ann Street
Charleston, SC 29403
Tel: 803-222-2222
Paul.doolittle@poulinwilley.com
Seth.litte@poulinwilley.com
cmad@poulinwilley.com

**IT IS SO ORDERED** this ___30th___ day of ___October___, 2024.

                                             *s/ Cathy L. Waldor*
                                             Hon. Cathy L. Waldor, U.S.M.J.