Christopher J. Dalton
Argia J. DiMarco
Melissa J. Bayly
Jordynn E. Jackson
**Buchanan Ingersoll & Rooney PC**
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800
*Attorneys for Defendant,*
  *BMW of North America, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUINYAN SKINNER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>*Defendant.* | Civil Action No. 2:24-cv-09602<br><br>**DEFENDANT BMW OF NORTH AMERICA, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT** |

To:   **SULTZER & LIPARI, PLLC**
      Philip J. Furia
      Jason P. Sultzer
      85 Civic Center Plaza
      Suite 200
      Poughkeepsie, NY 12601
      Tel: (845) 483-7100
      furiap@thesultzerlawgroup.com
      sultzerj@thesultzerlawgroup.com

      *Attorneys for Plaintiffs*

Counsel:

PLEASE TAKE NOTICE THAT on January 6, 2025 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant BMW of North America, LLC ("BMW NA") will move before the Honorable Evelyn Padin, U.S.D.J., of the United States District Court for the District of New

Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), dismissing Plaintiff's Class Action Complaint.

PLEASE TAKE FURTHER NOTICE that in support of this motion BMW NA relies upon the Brief and Declaration submitted and filed herewith.

PLEASE TAKE FURTHER NOTICE that BMW NA requests oral argument if opposition is filed.

PLEASE TAKE FURTHER NOTICE that this motion will be decided on the papers unless otherwise notified by the Court.

A proposed form of Order accompanies this motion.

       /s/ Christopher J. Dalton

Christopher J. Dalton, Esq.
**BUCHANAN INGERSOLL & ROONEY PC**
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582

*Attorneys for Defendant*
*BMW of North America, LLC*

Dated:  December 10, 2024

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused a true and correct copy of the foregoing Notice of Motion, Brief, Declaration, and proposed form of Order on behalf of Defendant BMW of North America, LLC to be served electronically via the Court's CM/ECF system upon all counsel of record:

**SULTZER & LIPARI, PLLC**
Philip J. Furia
Jason P. Sultzer
85 Civic Center Plaza
Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
furiap@thesultzerlawgroup.com
sultzerj@thesultzerlawgroup.com

*Attorneys for Plaintiffs*

          /s/ *Christopher J. Dalton*
          Christopher J. Dalton

Dated: December 10, 2024
Newark, New Jersey