UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUINYAN SKINNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>BMW OF NORTH AMERICA, LLC<br><br>Defendant. | Case No. 2:24-cv-09602<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff QUINYAN SKINNER, individually and on behalf of herself, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice and without costs.

Date: December 18, 2024

Respectfully submitted:

By: _/s/ Philip J. Furia_____
Philip J. Furia, Esq.
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
*furiap@thesultzerlawgroup.com*

*Counsel for Plaintiff Quinyan Skinner*

SO ORDERED

__s/Evelyn Padin___
Evelyn Padin, U.S.D.J.

Date: 12/19/2024